■ Catholic Medical Center of Brooklyn and Queens, Inc., Appellant, v City of New York, Respondent. — Order of the Supreme Court, Queens County (Rodell, J.), dated February 10, 1981, affirmed, without costs or disbursements. No opinion. Defendant is directed to comply with the order for discovery and inspection within 20 days after service upon it of a copy of the order to be made hereon, with notice of entry. Titone, J. P., Mangano, Weinstein and O'Connor, JJ., concur.